No. 9780. STATE OF MONTANA ex rel. GEORGE H. CAMPBELL, RELATOR, v. DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT of the State of Montana, In and for the COUNTY OF CASCADE, HONORABLE J. W. SPEER and HONORABLE GEORGE W. PADBURY, JR., as Presiding Judges thereof, HONORABLE JOE DOE, the successor as Presiding Judge in said Court, In the matter of the Estate of MARTHA W. BOWER, Deceased, and FRANK J. ROBISCHON, DEFENDANTS.

306 Pac. (2d) 267.

Decided Jan. 23, 1957.

*Frank I. Haswell* and *I. James Heckathorn,* Whitefish, for Relator.

Per Curiam.

Relator's application for writ of prohibition is denied and the proceeding dismissed.